No. 62612.—P. H. Petry Co. (Corp.) *v.* United States, protest 325117–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 62613.—Leading Forwarders, Inc. *v.* United States, protest 325510–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 18, 1958

No. 62614.—Beer Stern Import Corp. et al. *v.* United States, protests 318012–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C. D. 1944), the claim of the plaintiffs was sustained.